NUMBER 13-02-454-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


________________________________________________________________


VIRGINIA CARROLL-BOYD, Appellant,


v.



JESSICA GARCIA, ROBERT TORREZ 

AND COUNTRY MUTUAL INSURANCE CO., Appellees.

________________________________________________________________


On appeal from the 148th District Court 


of Nueces County, Texas


________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



Appellant, VIRGINIA CARROLL-BOYD, attempted to perfect an appeal from a judgment entered by the 148th
District Court of Nueces County, Texas, in cause number 00-1261-E. Judgment in this cause was signed on
February 22, 2002. A timely motion for new trial and to reinstate was filed on March 7, 2002. Appellant filed a
notice of restricted appeal on August 15, 2002. Tex. R. App. P. 30 provides the circumstances under which a
restricted appeal may be filed. Because a timely motion for new trial was filed in this case, a restricted appeal is
not allowed. Pursuant to Tex. R. App. P. 26.1(a), the notice of appeal in this cause was due to be filed by May 23,
2002; however, appellant's notice of appeal was not filed until August 15, 2002.

 Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant
was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter,
the appeal would be dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his
appeal, and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 3rd day of October, 2002.